AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 USC 922(g). Felon in Possession of a Firearm in Interstate Commerce

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 years imprisonment; $250,000.00 fine; 3 years supervised release; $100.00 special assessment; deportation

**DEFENDANT - U.S.**

▶ MICHAEL YOUNG

**DISTRICT COURT NUMBER**

CR 07 0559

*FILED AUG 28 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA  E-filing*

JSW

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court
San Francisco County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3 07 70493 JCS

**Name and Office of Person Furnishing Information on THIS FORM**  SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  Allison Marston Danner

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... If Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year  8/23/2007

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
**Defendant Address:**

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7                          E-filing
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION
12
13  UNITED STATES OF AMERICA,    )   CR No. 07 0559
                                 )
14      Plaintiff,                )   VIOLATION: 18 U.S.C. § 922(g)(1) – Felon
                                 )   in Possession of a Firearm
15      v.                        )
                                 )
16  MICHAEL YOUNG,                )
                                 )   SAN FRANCISCO VENUE
17      Defendant.                )
                                 )
18  _____)

19                     I N D I C T M E N T

20  The Grand Jury charges:

21

22      On or about August 6, 2007, in the Northern District of California, the defendant,

23                          MICHAEL YOUNG,

24  having previously been convicted of a crime punishable by a term of imprisonment exceeding

25  one year, did knowingly possess a firearm, described as a .22 caliber H&R Model, serial number

26  ///

27  ///

28  ///

INDICTMENT

1  T53794, in and affecting interstate and foreign commerce, in violation of Title 18, United States
2  Code, Section 922(g)(1).
3
4  DATED: 08/28/07                                        A TRUE BILL.
5
6                                                         FOREPERSON
7  SCOTT N. SCHOOLS
   United States Attorney
8
9
10 GREG W. LOWDER
   Deputy Chief, Major Crimes Section/Date
11
12 (Approved as to form: _____ )
                          AUSA Danner
13

INDICTMENT                          2