# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: September 6, 2007

Case No. CR-07-559 JSW              Judge: Jeffrey S. White

United States of America   v.   Michael Young
                                          Defendant
                                          Present ( X ) Not Present ( ) In-Custody ( X )

| Allison Danner | Elizabeth Falk |
|---|---|
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini          **Court Reporter:** Debra Pas

### PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   Discovery has been received by the defense. If counsel is requesting an evidentiary hearing on the motions they shall inform the Court in their filed pleadings.

Case Continued to 10-11-07 at 2:30 p.m. for Motions

(Motion Due: 9-6-97, Opp Due: 9-20-07, Reply Due: 9-27-07)

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**