1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant MICHAEL YOUNG
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   No. CR 07-559 JSW
11                                  )
                  Plaintiff,        )   DECLARATION OF ELIZABETH FALK
12                                  )   AUTHENTICATING DOCUMENTS
                                    )   ATTACHED TO DEFENDANT'S
13      v.                          )   MOTION TO SUPPRESS FRUITS OF
                                    )   UNLAWFUL SEARCH AND SEIZURE
14                                  )
   MICHAEL YOUNG,                   )   Date:  October 11, 2007
15                                  )   Time:  2:30 p.m.
                  Defendant.        )   Court: The Honorable Jeffrey S. White
16  _____)

17

18  I, Elizabeth M. Falk, declare as follows:

19      1.  I am counsel for the defendant in the above-captioned case;

20      2.  Attached as Exhibit B is the Affidavit of Inspector Michael Hamilton of the San

21          Francisco Police Department. I hereby attest that this Affidavit is attached to the

22          Criminal Complaint I received in the aforementioned case, and can be located in

23          the Northern District Docket as Docket Entry No. 1. For the Court's convenience,

24          this Exhibit is also directly attached to the Motion to Suppress Evidence as

25          Exhibit B to the motion;

26
   CR- 07-559 JSW; *United States v. Young*
   Declaration of Elizabeth M. Falk Authenticating
   Attachments to Motion to Dismiss               1

3.  Attached as Exhibit C is a report I received from the Assistant United States Attorney in this matter in discovery. This report bears the Bates Numbers "MY 9-MY 10" and it is my understanding that this report was written by a percipient witness in the case, Hilton Security Officer Hicks. For the Court's convenience, this Exhibit is also directly attached to the Motion to Suppress Evidence as Exhibit C to the motion;

4.  Attached as Exhibit D is a report I received from the Assistant United States Attorney in this matter in discovery. This report bears the Bates Number "MY 11" and it is my understanding that this report was written by a percipient witness in the case, Hilton Security Officer Carr. For the Court's convenience, this Exhibit is also directly attached to the Motion to Suppress Evidence as Exhibit D to the motion.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed and dated on the 6th of September, 2007, in San Francisco, California.

*Elizabeth M. Falk*
ELIZABETH M. FALK

CR- 07-559 JSW; *United States v. Young*
Declaration of Elizabeth M. Falk Authenticating
Attachments to Motion to Dismiss                         2