# Exhibit D

On August 5, 2007 at approximately 1735hrs, I was in security control, at that time the dispatcher was receiving a call for a lock out, there was a discrepancy of the guest last name, the guest returned to the front desk to clarify his room, at the point the guest was sent back to the room, the guest was trying to access 1-3572 which he was given the keys to, but not registered in the system, after security access guest Johnson in the room he stated that he was missing items from his room.

At some point Mr. Johnson moved his belonging to 1-3576, and called downstairs to make a report later because he had reservation for dinner. At that point it was approximately 1610 while getting the information for the report, there were some confusion with who was registered to what room, after completing a lock interrogation of the room, I noticed that a new key was made for 1-3572, after contacting the front office manager he explained that Mr. Young was checked into the room also and into 1-3575.

Approximately at 1630 Mr. Young was contacted via the phone, and was asked if he had accessed 1-3572 he replied no. At that point, after reviewing the lock interrogation report, I had graveyard supervisor Hicks, and Officer Aguilar went to 1-3572, 1-3575 and 13576 to put the rooms on ELO, until we could figure out who belongs to what room. After entering 1-3572 the room was vacant, 1-3576 had some items in it that belonged to victim Johnson. When we accessed 1-3575 the room was dirty had had 2 backpack in it.

After checking the backpacks I discovered a hand gun in the front pocket of the backpack, and there was numerous credit cards and checkbook in other names. On the bed was a key package for 1-3572 with the keys missing from it. The room was placed on ELO at approximately 2115. At that point I made contact with director of Security Marweg for further instructions. Approximately 12:30 am Mr. Young returned back to the hotel and tried to access his room, but was denied.

At that point I informed our 3B unit Koniaris that a weapon and credit cards was in the room, I escorted our 3B up to the room, and accessed it for him. Once Officer Koniaris checked the bags and found the items, he took Mr. Young and placed him under arrest and he was transported to the police station.

Dirk J. Carr
Assistant Director of Security & Safety
San Francisco Hilton Hotel