Exhibit A

1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
6  Counsel for Defendant MICHAEL YOUNG

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
11 UNIDADES STATES OF AMERICA,        )   No. CR 07-559 JSW
                                      )
12              Plaintiff,            )   DECLARATION OF MICHAEL YOUNG
                                      )   IN SUPPORT OF DEFENDANT'S
                                      )   MOTION TO SUPPRESS FRUITS OF
13        v.                          )   UNLAWFUL SEARCH AND SEIZURE
                                      )
14                                    )   Date:   October 4, 2007
   MICHAEL YOUNG,                     )   Time:   2:30 p.m.
15                                    )   Court:  The Honorable Jeffrey S. White
                Defendant.            )
16 _____    )

17
   I, Michael Young, declare as follows:
18
        1.   I am the defendant in the above-captioned case;
19
        2.   On August 5, 2007 through August 6, 2007, I was staying as a guest in room
20
             13575 at the Hilton hotel in the Tenderloin district of San Francisco, California;
21
   I DECLARE under penalty of perjury that the foregoing is true and correct to the best of
22
   my knowledge.
23
        Signed and dated on the 6th of September, 2007, in San Francisco, California.
24
                                                    _____
25
                                                    MICHAEL YOUNG
26

CR- 07-559 JSW; *United States v. Young*
Declaration of Michael Young                    1