Exhibit C

# SECURITY INCIDENT REPORT

| Report Number: | 07-008-005 | File # | (office use only) |
|---|---|---|---|

| To: Bill Marweg | From: | S/S Roger E. Hicks | Badge Number: | 4 |
|---|---|---|---|---|

| Time: 17:38 | Date: August 05, 2007 | Incident Location: | 1-3575 |
|---|---|---|---|

| Reported by: | 17:38 hrs | ☒ Guest - Room #: | ☐ Employee ☐ Other |
|---|---|---|---|

| Hotel Departments Notified: | NM Brian Carlisle |
|---|---|

## INCIDENT TYPE: *check one of the following:*

(1) ☐ Suspicious Occurrence  -  TYPE:

(2) ☐ Trespass- ☐ Arrest ☐ Warning   (7) ☐ Rule/Policy Violation

(3) ☐ Contact - ☐ Guest ☐ Non-Guest   (8) ☐ Illness - ☐ Guest   ☐ Employee

(4) ☐ Contract Employee Accident   (9) ☐ Complaint - ☐ Guest   ☐ Employee

(5) ☐ Biohazard Disposal   (10) ☐ Loss - ☐ Contract Employee ☐ Employee

(6) ☐ Bomb Threat   (11) ☒ OTHER:   Suspicion of burglary

## ASSISTING UNITS #:   ☒ SFPD ☐ SFFD ☐ PARAMEDICS ☐ RESCUE

| Called by: | S/S Roger E. Hicks | Time: | Time of Arrival: |
|---|---|---|---|

| Name(s): | Koniaris | Badge #: | 233 | Time of Exit: |
|---|---|---|---|---|

| Action Taken by Units: | Subject was taken into custody | Case #: 070794443 |
|---|---|---|

## INCIDENT PERSON #1

| Name: | Michael Young | ☐ Guest ☐ Employee ☐ Victim ☒ Suspect ☐ Witness |
|---|---|---|

| Address: | City | State | Zip Code |
|---|---|---|---|

| Home Phone (    ) | Work Phone (    ) |
|---|---|

| DOB: | Driver's License / ID Card # | State |
|---|---|---|

| Height: 5'11" | Weight: 195 | Eye: | Hair: BLK | Race: Negro |
|---|---|---|---|---|

| Clothing Worn: |
|---|

| Distinguishing Features: |
|---|

## INCIDENT PERSON #2

| Name: | ☐ Guest ☐ Employee ☐ Victim ☐ Suspect ☐ Witness |
|---|---|

| Address: | City | State | Zip Code |
|---|---|---|---|

| Home Phone (    ) | Work Phone (    ) |
|---|---|

| DOB: | Driver's License / ID Card #- | State |
|---|---|---|

| Height: | Weight: | Eye: | Hair: | Race: |
|---|---|---|---|---|

| Clothing Worn: |
|---|

| Distinguishing Features: |
|---|

| ITEMS: (if applicable) Description: |
|---|

☐ Missing ☐ Lost ☐ Stolen ☐ Damaged ☐ Recovered ☐ Evidence   VALUE: $

MY009

NARRATIVE: Report # (_ 008-005    Date: August 06, _07    Page 2 of 2

On August 6, 2007 at about 02:00 hrs Michael Young was arrested for suspicion of burglary , and for having a loaded pistol. On the evening of August 5, 2007 there was a mix up in room assignments. Michael Young was registered two 1-3572 and 1-3575 , a Mr. James Johnson was also registered to 1-3572. Mr. Johnson went up to 1-3572 and  left his belonging in the room , Michael Young checked into the room got a key and went up to the room. According to the lock interrogation report Michael accessed the room. When James Johnson came back he said he was missing a cellphone and a laptop computer. Michael denied that he accessed the room , but when ADOS Dirk Carr and I went to investigate , we found a key package in his room that was for 1-3572. While searching for some of the missing items we found a cell phone and pistol. Dirk Carr immediately notified DOS Bill Marweg and he told him what was going on. Michael Young had left the hotel and when he returned he wasn't able to access his room because we put it on ELO. When Michael Young went down to the front desk to see if could get a key to gain access to 1-3575, security was immediately notified. ADOS Dirk Carr and I spoke to the 10b unit officer Koniaris and told him what we saw in the room while we were searching a room for possible stolen items. We went back to the room with officer Koniaris, and he waited outside for ADOS Carr to tell him he could enter the room. When Koniaris enter the room we showed him the gun. Michael Young had to back pack in his room officer Koniaris took both bags and we closed the door and put it back on ELO. Michael Young was placed under arrest and transported to the police station.

Officers Signature: S/r Roy E Hill    Date: August 5, 2007    Time: 2:15

MY010