# EXHIBIT

# 1

**EXHIBIT 1**

1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7144
7      Fax:  (415) 436-7234
       Email: allison.danner@usdoj.gov
8
   Attorneys for the United States
9

10                         UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14
   UNITED STATES OF AMERICA,          )    No. CR-07-0559-JSW
15                                     )
           Plaintiff,                  )    DECLARATION OF DIRK CARR IN
16                                     )    SUPPORT OF UNITED STATES'
        v.                             )    OPPOSITION TO DEFENDANT'S
17                                     )    MOTION TO EXCLUDE EVIDENCE
   MICHAEL YOUNG,                      )
18                                     )
           Defendant.                  )
19  _____ )

20       I, Dirk Carr, declare:

21       1.  I have personal knowledge of the facts set forth below, except as to those matters stated

22  on information and belief which I am informed and believe to be true.  If called as a witness, I

23  could and would testify competently to the facts stated in this declaration

24       2.   I am the Assistant Director of Security at the Hilton Hotel San Francisco, located at 333

25  O'Farrell Street in San Francisco, California (hereinafter "the Hilton").  I have been employed in

26  this position for three years.  I have worked at the Hilton hotel for seven years.

27       3.   Around 5:30 pm on August 5, 2007, I was told that James Johnson, a guest at the hotel

28

   DECLARATION OF DIRK CARR
   [CR 07-0559 JSW]

1  staying in room 13572, had reported that items had been stolen from his room.  These items

2  included a laptop computer and an IPod.

3      4. By looking at the registration and lock interrogation records, I determined that another

4  guest, Michael Young, staying in room 13575 had by mistake been given keys to room 13572.

5      5. I contacted Michael Young in room 13575.  I asked him what room he was staying in.

6  Young told me he was staying in room 13575.  I asked Young if I could go up and speak with

7  him, and he told me that he could.

8      6. Around 8:30 pm that evening, I went up with Roger Hicks to rooms 13572 and 13575 to

9  look for the missing items.  Room 13572 was vacant and had no guest property in it.  We

10  knocked on the door to room 13575, but no one answered.  We opened door to room 13575 with

11  a security master key.  Hicks and I found two backpacks in the room, one under the bed and one

12  in the closet.  We opened the backpack in the closet and found the gun.  We zipped the backpack

13  back up and put it back in the closet.  We also found an empty key packet for room 13572 on the

14  bed.  The items belonging to Johnson were not in room 13575.

15      7. I called Bill Marweg, Director of Security at the Hilton, and informed him of what had

16  happened.  He instructed me to leave the gun in the room and to place the room on electronic

17  lockout.

18      8. I went home for the evening but was called back to the hotel by Roger Hicks.  Hicks told

19  me that Young had returned to the hotel.  When I arrived back at the Hilton, Hicks and I and a

20  San Francisco Police Department officer went upstairs to room 13575.  Hicks and I went in the

21  room while the officer waited in the hallway.  I went to get the backpack under the bed, and I saw

22  the other backpack in the closet.  By the time I had retrieved the backpack from under the bed, I

23  noticed that the other backpack was lying on the bed.

24      9. The police officer then came inside the room and took possession of the blue backpack.

25      10. At no time did the officer tell me to open the backpack, search the room, or show him the

26  gun.

27      \\

28

DECLARATION OF DIRK CARR
[CR 07-0559 JSW]

2

1       I declare under penalty of perjury, according to the laws of the United States, that the

2  foregoing is true and correct to the best of my recollection and belief.  Executed this **20** day of

3  September, 2007 at San Francisco, California.

4                                                                             DIRK CARR

DECLARATION OF DIRK CARR
[CR 07-0559 JSW]

3