# EXHIBIT

# 3

**EXHIBIT 3**

```
 1  SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  ALLISON MARSTON DANNER (CASBN 195046)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7144
 7     Fax: (415) 436-7234
       Email: allison.danner@usdoj.gov
 8
    Attorneys for the United States
 9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )   No. CR-07-0559-JSW
15                                   )
         Plaintiff,                  )   DECLARATION OF ROGER HICKS IN
16                                   )   SUPPORT OF UNITED STATES'
         v.                          )   OPPOSITION TO DEFENDANT'S
17                                   )   MOTION TO EXCLUDE EVIDENCE
    MICHAEL YOUNG,                   )
18                                   )
         Defendant.                  )
19  _____)

20       I, Roger Hicks, declare:
21       1. I have personal knowledge of the facts set forth below, except as to those matters stated
22  on information and belief which I am informed and believe to be true. If called as a witness, I
23  could and would testify competently to the facts stated in this declaration.
24       2. I am a Security Supervisor at the Hilton hotel, San Francisco, located at 333 O'Farrell
25  Street in San Francisco, California. I have been employed in this position for two years. I have
26  worked at the Hilton hotel for seven years.
27       3. I arrived at work on the evening of August 5, 2007. I was told that a guest at the hotel
28
    DECLARATION OF ROGER HICKS
    [CR 07-0559 JSW]
```

1  had reported that items had been stolen from his room, room 13572. I learned that Hilton
2  security believed that another guest, Michael Young, had probably stolen the items. I learned
3  that Hilton security believed that Young had entered room 13572, because he had been given a
4  set of keys to room 13572 by mistake.

5      4. I went up to room 13575 with Dirk Carr to look for the missing items. There was no one
6  in room 13575. Carr and I opened the room using a security key. Inside the room, we saw an
7  empty key packet to room 13572 on the bed. I also found a blue backpack in the closet. I opened
8  the backpack to look for the stolen IPod and found checkbooks belonging to multiple people
9  inside. Carr unzipped the front pocket to the blue backpack and saw a gun inside. After seeing
10 the gun, we closed the backpack and put it back in the closet. It is security policy that we do not
11 handle guns. We put the room on emergency lockout, so that Young could not get back in the
12 room. I assumed that he was not coming back to the hotel.

13     5. Later that night, the front desk notified security that Young had returned and could not get
14 into his room.

15     6. I contacted Bill Marweg, Director of Security. Marweg told me to contact the San
16 Francisco Police Department. I radioed the police officer working in front of the hotel and told
17 him to come inside. I told the officer that we believed Young had stolen items from another
18 guest.

19     7. I told the officer about the gun and asked him to come upstairs with me to room 13575.
20 Dirk Carr and I went upstairs with the officer. Carr and I opened room 13575 with a security
21 key and entered the room while the officer waited in the hallway. Carr or I took the backpack out
22 of the closet and placed it on the bed. Carr or I unzipped the pocket where the gun was and left it
23 unzipped. The officer then entered the room and removed the backpack from the room that
24 contained the firearm.

25     8. At no time did the officer tell me to take the backpack out of the closet or unzip the
26 backpack. At no time did the officer search room 13575 or open any items in the room.
27 \\
28

DECLARATION OF ROGER HICKS
[CR 07-0559 JSW]

2

1      I declare under penalty of perjury, according to the laws of the United States, that the
2  foregoing is true and correct to the best of my recollection and belief. Executed this 20th day of
3  September, 2007 at San Francisco, California.

                                                           *Roger E. Hicks*
                                                           ROGER HICKS

DECLARATION OF ROGER HICKS
[CR 07-0559 JSW]