UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

        Plaintiff(s),                          No. C 07-00559-01 JSW

    v.                                        **CLERK'S NOTICE**

YOUNG

        Defendant(s).
_____/

     YOU ARE HEREBY NOTIFIED that on October 25, 2007, at 2:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Motion to Suppress **previously noticed for October 11, 2007**, in this matter.

                                                   Richard W. Wieking
                                                   Clerk, United States District Court

                                                   By:_____
                                                 Jennifer Ottolini, Deputy Clerk
                                                 Honorable Jeffrey S. White
                                                 (415) 522-4173

Dated: September 21, 2007