SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
   FAX: (415) 436-7234
   Email:allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07 0559 JSW |
|    Plaintiff, ) | ORDER TO ALLOW FILING OF |
| v. ) | SURREPLY AND RELATED PAPERS |
| MICHAEL YOUNG, ) | |
|    Defendant. ) | |

For good cause shown, the Clerk of the Court is directed to permit the United States to file a Surreply to Motion to Suppress in Light of Newly Discovered Evidence, the declaration of Allison Danner in support of that submission, this order, and any related papers.

IT IS SO ORDERED.

Dated: _____

                                      JEFFREY S. WHITE
                                      United States District Judge