1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7144
7     FAX: (415) 436-7234
      Email:allison.danner@usdoj.gov
8
   Attorneys for the United States
9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )    No.  CR 07 0559 JSW
13                                   )
          Plaintiff,                 )    MOTION TO ALLOW FILING OF
14                                   )    SURREPLY AND RELATED PAPERS
       v.                           )
15                                   )    Date:  October 25, 2007
   MICHAEL YOUNG,                    )    Time:  2:30 p.m.
16                                   )    The Honorable Jeffrey S. White
          Defendant.                 )
17  _____ )

18        The United States, by and through its attorney, the United States Attorney for the

19  Northern District of California, hereby seeks leave to file its surreply with respect to the

20  defendant Michael Young's motion to suppress evidence and statements.  As set forth in more

21  detail in the accompanying surreply, the defendant has raised new legal arguments and asserted

22  new facts that were not presented in his moving papers.  In particular, defendant claims that he

23  has a legitimate expectation of privacy in the hotel room, because he "paid for the room

24  lawfully." (Defendant's Reply at 6.)  This claim appears for the first time in defendant's reply

25  and is not supported by any factual declaration.  Nevertheless, in light of the potential importance

26  of this question, the government has conducted additional investigation with regard to the nature

27  of the credit card used by defendant to rent the hotel room.  The government now seeks leave to

28  \\\

MOTION TO ALLOW FILING OF SURREPLY (CR 07 0559 JSW)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

file a surreply to address those facts and arguments.  A proposed Order granting such leave to file is has also been filed in conjunction with this motion.

DATED: October 19, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ALLISON MARSTON DANNER
Assistant United States Attorney