IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL YOUNG,<br><br>    Defendant.<br>_____/ | No. C 07-00559-1 JSW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY AND ORDER REQUIRING RESPONSE TO SUR-REPLY** |

    The Court has received the Government's motion to file a sur-reply. The request is GRANTED, and the sur-reply filed as Docket 21 is deemed filed. The Court, however, shall also give Defendant the opportunity to respond to the argument raised by the Government, and specifically requests that Defendant's response address the following two questions: (1) does the use of an allegedly stolen credit-card to procure a hotel room negate a person's reasonable expectation of privacy a hotel room; and (2) does the fact that the police and the hotel management apparently did not know that an allegedly stolen credit card had been used to procure the room impact the question of standing or the propriety of the subsequent search and arrest. Defendant's response shall be due by no later than 3:00 p.m. on Wednesday, October 24, 2007, and shall not exceed six (6) pages in length.

    **IT IS SO ORDERED.**

Dated: October 22, 2007

                                                 JEFFREY S. WHITE<br>
                                                 UNITED STATES DISTRICT JUDGE