IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 07-00559-1 JSW |
|   v. | **ORDER GRANTING IN PART AND DENYING IN PART APPLICATION TO FILE UNDER SEAL** |
| MICHAEL YOUNG, | |
|     Defendant. | |

    The Court has received the Application of Allison Danner for an Order authorizing the Government to file certain documents under seal. That Order is GRANTED IN PART AND DENIED IN PART. The Court GRANTS the application to the extent the Government seeks to file the Declaration of Allison Danner and the Exhibits thereto under seal. However, the Government shall file a redacted copy of the declaration, without the exhibits, that omits the reference to the names of the potential victims in this case.

    The request to file the application to file under seal is DENIED as it does not contain any sensitive personal or financial information.

    **IT IS SO ORDERED.**

Dated: October 22, 2007

                                                                             JEFFREY S. WHITE
                                                                             UNITED STATES DISTRICT JUDGE