| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | ALLISON MARSTON DANNER (CSBN 195046)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
FAX: (415) 436-7234
Email:allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07 0559 JSW |
|---|---|---|
| Plaintiff, | ) | FILING OF REDACTED DECLARATION<br>OF ALLISON DANNER |
| v. | ) | |
| MICHAEL YOUNG, | ) | Date: October 25, 2007<br>Time: 2:30 p.m.<br>The Honorable Jeffrey S. White |
| Defendant. | ) | |

The United States, by and through its attorney, the United States Attorney for the Northern District of California, hereby files a redacted copy of the Declaration of Alison Danner, pursuant to this Court's order of October 22, 2007.

DATED: October 23, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ALLISON MARSTON DANNER
Assistant United States Attorney

DECLARATION OF ALLISON DANNER (REDACTED) (CR 07 0559 JSW)