SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email:allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0559 JSW |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF ALLISON DANNER |
| v. | ) | |
| MICHAEL YOUNG, | ) | |
| Defendant. | ) | |

I, Allison Danner, declare as follows:

1. I am an Assistant United States Attorney in the Northern District of California, and I am assigned to the above-captioned case.

2. Attached as Exhibit A is a true and correct copy of the materials that the United States received from Travelocity on October 8, 2007 in response to a subpoena to produce documents or objects in a criminal case.

3. Attached as Exhibit B is a true and correct copy of the materials that the United States received from Travelocity on October 16, 2007 in response to a subpoena to produce documents or objects in a criminal case.

DECLARATION OF ALLISON DANNER
(CR 07 0559 JSW)

1  3. Attached as Exhibit C is a true and correct copy of a letter and affidavit of fraud filed by

2  ▮▮▮▮▮▮▮▮▮▮ that the United States received from Citizens First Bank on October

3  18, 2007 in response to a request from Inspector Michael Hamilton.

5  I declare under penalty of perjury that the foregoing is true and correct to the best of my

6  knowledge and belief. Executed this 19th day of October, 2007, in San Francisco, California

SCOTT N. SCHOOLS
United States Attorney

ALLISON DANNER
Assistant United States Attorney

DECLARATION OF ALLISON DANNER
(CR 07 0559 JSW)                              2