# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: October 25, 2007

Case No. CR-07-559 JSW          Judge: Jeffrey S. White

United States of America  v.  Michael Young
                               Defendant
                               Present ( X ) Not Present ( ) In-Custody ( X )

Allison Danner                          Elizabeth Falk
U.S. Attorney                           Defense Counsel

Deputy Clerk: Jennifer Ottolini         Court Reporter: Sylvia Russo

### PROCEEDINGS

REASON FOR HEARING: Motion to Suppress

RESULT OF HEARING:   The Court heard argument from counsel
                     Motion is GRANTED as to the Fruits of the Search.
                     Motion is DENIED without prejudice as to the Statements.

                     Case Continued to 11-15-07 at 2:30 p.m. for Further Status

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**