SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Fax: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States of America



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0559 JSW |
|     Plaintiff, | ) ) | UNITED STATES' NOTICE OF APPEAL |
|     v. | ) ) | |
| MICHAEL YOUNG, | ) ) | |
|     Defendant. | ) ) | |

    Pursuant to 18 U.S.C. § 3731, the United States hereby appeals to the United States Court of Appeals for the Ninth Circuit the oral order of the district court issued October 26, 2007, to the extent that it suppresses and excludes evidence in the above-captioned case.

DATED: November 13, 2007          Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney

                                    ALLISON M. DANNER
                                    Assistant United States Attorney

## CERTIFICATE OF THE UNITED STATES ATTORNEY

Pursuant to 18 U.S.C. § 3731, I hereby certify that this appeal is not taken for purposes of delay and that the evidence suppressed or excluded by the order of the district court is a substantial proof of a fact material to this proceeding.

DATED: November 13, 2007

SCOTT N. SCHOOLS
United States Attorney