**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

Date:   November 15, 2007

Case No.  CR-07-559   JSW          Judge:  Jeffrey S. White

United States of America   v.   Michael Young
                                 Defendant
                                 Present ( X ) Not Present ( ) In-Custody ( X )

   Allison Danner                    Elizabeth Falk
   U.S. Attorney                     Defense Counsel

Deputy Clerk: Jennifer Ottolini       Court Reporter: Kathy Powell

**PROCEEDINGS**

**REASON FOR HEARING:** Trial Setting / Further Proceedings

**RESULT OF HEARING:**   The Government has filed a Notice of Appeal. Proceedings are suspended pending appeal.

If the defendant is placed on electronic monitoring this Court wants to be notified.

**Case Continued to 6-19-08 at 2:30 p.m. for Further Proceedings**