**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. CR 07-00559 (JCS)

        Plaintiff(s),
                                  CLERK'S NOTICE

   v.

MICHAEL YOUNG,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Bond Status hearing before Magistrate Judge Spero previously

noticed for December 14, 2007, at 10:30 a.m., has been reset to **THE SAME DAY at 11:30 a.m.,**

Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated:  December 3, 2007

                                FOR THE COURT,
                                Richard W. Wieking, Clerk

                       by: _____
                                Karen L. Hom
                                Courtroom Deputy