BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 07-559 JSW |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER SETTING BAIL HEARING** |
| MICHAEL YOUNG, | ) | Date: March 5, 2008 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Court: The Honorable Joseph C. Spero |

## STIPULATION

The parties hereby stipulate and agree as follows:

1. Today, AFPD Elizabeth Falk got a call from Michael Young's sister, Lashown Young. Ms. Young informed defense counsel that Mr. Young's mother, Linda Young, died suddenly yesterday from a heart attack;

2. The family anticipates that the funeral for Mrs. Young will be Thursday, March 6 or Friday, March 7, 2008. The family is in the process of making arrangements for the funeral;

3. Ms. Lashown Young asked defense counsel to request Mr. Young's temporary release from custody for two days so he can attend the funeral of his mother in Los Angeles;

4. Ms. Lashown Young is currently making arrangements for the funeral, and is putting together a proposal for the Court containing details about travel plans, as well as who would potentially be Mr. Young's custodian in Los Angeles over the two day period the

1     family requests his release for;

2   5.   Defense counsel accordingly requests a bail hearing for Mr. Young on March 5, 2008 at

3     9:30 a.m. to present the temporary release proposal to the Court;

4   6.   AUSA Allison Danner has no objection to setting a bail review hearing on March 5,

5     2008 given the circumstances of the Young family. She is withholding her position on

6     the potential for Mr. Young's temporary release for the funeral until defense counsel

7     presents the aforementioned proposal to her;

8   7.   Defense counsel anticipates presenting the potential release proposal to Ms. Danner on

9     Monday, March 3, 2008. She is hopeful to efile the proposal for the Court's review,

10     including the government's position on the proposal, in advance of the March 5, 2008

11     hearing date. Defense counsel will be out of the country on February 29, March 3, and

12     March 4, 2008, and will have to communicate with the necessary parties by email

13     during those dates.

14 IT IS SO STIPULATED.

15 DATED:                                    /S/_____
                                         ELIZABETH M. FALK
16                                          Assistant Federal Public Defender

17

18 DATED:                                    /S/_____
                                         ALLISON MARSTON DANNER
19                                          Assistant United States Attorney

20

21                                 **[PROPOSED] ORDER**

22 Based upon the aforementioned representations of the parties, it is hereby ORDERED that a

23 further bail heaing in this matter be set on March 5, 2008 at 9:30 a.m.

24

25 DATED:                                    _____
                                       THE HONORABLE JOSEPH C. SPERO
26                                      UNITED STATES MAGISTRATE COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIP & ORDER for Further
Bail Hearing - 07-559 JSW                - 3 -