1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant YOUNG

6

7                     IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )
                                    )   No. CR 07-559 JSW
10              Plaintiff,           )
                                    )   **STIPULATION AND [PROPOSED]**
11  vs.                              )   **ORDER SETTING BAIL HEARING**
                                    )
12  MICHAEL YOUNG,                   )   Date:   March 5, 2008
                                    )   Time:   9:30 a.m.
13              Defendant.           )   Court:  The Honorable Joseph C.
                                    )           Spero
14                                   )
                                    )

15                                STIPULATION

16     The parties hereby stipulate and agree as follows:

17     1.  Today, AFPD Elizabeth Falk got a call from Michael Young's sister, Lashown Young.

18         Ms. Young informed defense counsel that Mr. Young's mother, Linda Young, died

19         suddenly yesterday from a heart attack;

20     2.  The family anticipates that the funeral for Mrs. Young will be Thursday, March 6 or

21         Friday, March 7, 2008.  The family is in the process of making arrangements for the

22         funeral;

23     3.  Ms. Lashown Young asked defense counsel to request Mr. Young's temporary release

24         from custody for two days so he can attend the funeral of his mother in Los Angeles;

25     4.  Ms. Lashown Young is currently making arrangements for the funeral, and is putting

26         together a proposal for the Court containing details about travel plans, as well as who

           would potentially be Mr. Young's custodian in Los Angeles over the two day period the

1 | family requests his release for;

2 | 5. Defense counsel accordingly requests a bail hearing for Mr. Young on March 5, 2008 at 9:30 a.m. to present the temporary release proposal to the Court;

4 | 6. AUSA Allison Danner has no objection to setting a bail review hearing on March 5, 2008 given the circumstances of the Young family. She is withholding her position on the potential for Mr. Young's temporary release for the funeral until defense counsel presents the aforementioned proposal to her;

8 | 7. Defense counsel anticipates presenting the potential release proposal to Ms. Danner on Monday, March 3, 2008. She is hopeful to efile the proposal for the Court's review, including the government's position on the proposal, in advance of the March 5, 2008 hearing date. Defense counsel will be out of the country on February 29, March 3, and March 4, 2008, and will have to communicate with the necessary parties by email during those dates.

IT IS SO STIPULATED.

DATED: _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

DATED: _____/S/_____
ALLISON MARSTON DANNER
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that a further bail heaing in this matter be set on March 5, 2008 at 9:30 a.m.

DATED: Feb. 29, 2008      _____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26