**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*     (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*     FAX:(415) 436-7234

March 19, 2008

United States District Court
Northern District of California
Clerk's Office
Attn: Lori Murray
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102

FILED
08 MAR 19 AM 10:02

    Re:    <u>United States v. Michael Young</u>
           District Court # 3:07CR559 JSW

Dear Ms. Murray:

    Pursuant to the Federal Rules of Appellate Procedure 11-2, the United States has reviewed the criminal docket record regarding the above referenced case and attests that all documents and reporters' transcripts are available to the parties in the district court clerk's office. The United States now asks that the United States District Court file a *certificate of record* with the Ninth Circuit Court of Appeals indicating the same.

    If you have any questions regarding this request, please do not hesitate to contact AUSA Barbara Valliere at (415) 436-7039 or me at (415) 436-7144.

                                Very truly yours,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

                                ALLISON MARSTON DANNER
                                ASSISTANT UNITED STATES ATTORNEY