BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL YOUNG,<br><br>    Defendant. | No. CR 07-559 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SETTING BAIL HEARING**<br><br>Date: March 31, 2008<br>Time: 9:30 a.m.<br>Court: The Honorable Joseph C. Spero |
|---|---|

## STIPULATION

The parties hereby stipulate and agree as follows:

1. The government has filed its opening brief in its interlocutory appeal to the Ninth Circuit;

2. The appeal will likely take months to resolve, as the parties must brief the matter, wait for oral argument to be calendared, argue the matter, and wait for a decision;

3. Defense counsel accordingly requests a bail hearing for Mr. Young on March 31, 2008 at 9:30 a.m. to request bail pending appeal for Mr. Young, so he can be placed in an appropriate drug treatment program;

4. AUSA Allison Danner has no objection to setting a bail review hearing on March 31,

\\
\\
\\

2008;

IT IS SO STIPULATED.

DATED:    3/24/08                                    _____/S/_____
                                                     ELIZABETH M. FALK
                                                     Assistant Federal Public Defender


DATED:    3/24/08                                    _____/s/_____
                                                     ALLISON MARSTON DANNER
                                                     Assistant United States Attorney

## **[PROPOSED] ORDER**

Based upon the aforementioned representations of the parties, it is hereby ORDERED that a further bail hearing in this matter be set on March 31, 2008 at 9:30 a.m.


DATED:                                               _____
                                                     THE HONORABLE JOSEPH C. SPERO
                                                     UNITED STATES MAGISTRATE COURT JUDGE