BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL YOUNG, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR 07-559 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BAIL HEARING** <br><br> Date:   March 31, 2008 <br> Time:   9:30 a.m. <br> Court:  The Honorable Joseph C. Spero |

## STIPULATION

The parties hereby stipulate and agree as follows:

1. The government has filed its opening brief in its interlocutory appeal to the Ninth Circuit;

2. The appeal will likely take months to resolve, as the parties must brief the matter, wait for oral argument to be calendared, argue the matter, and wait for a decision;

3. Defense counsel accordingly requests a bail hearing for Mr. Young on March 31, 2008 at 9:30 a.m. to request bail pending appeal for Mr. Young, so he can be placed in an appropriate drug treatment program;

4. AUSA Allison Danner has no objection to setting a bail review hearing on March 31,

\\
\\
\\

1        2008;

3   IT IS SO STIPULATED.

5   DATED:   3/24/08                    _____/S/_____
                                         ELIZABETH M. FALK
6                                        Assistant Federal Public Defender

8   DATED:   3/24/08                    _____/s/_____
                                         ALLISON MARSTON DANNER
9                                        Assistant United States Attorney

11                         **[PROPOSED] ORDER**

12       Based upon the aforementioned representations of the parties, it is hereby ORDERED that a

13  further bail hearing in this matter be set on March 31, 2008 at 9:30 a.m.

15  DATED:   March 24, 2008             _____
                                         THE HONORABLE JOSEPH C. SPERO
16                                       UNITED STATES MAGISTRATE COURT JUDGE

*[Signature and seal of Judge Joseph C. Spero, United States District Court, Northern District of California]*

STIP & ORDER for Further
Bail Hearing - 07-559 JSW              - 2 -