UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

        Plaintiff(s),　　　　　　　　　　　No. CR 07-00559-01 JSW

  v.　　　　　　　　　　　　　　　　**CLERK'S NOTICE**

YOUNG

        Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on **October 16, 2008**, at **2:30 p.m.**, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Status Conference **previously noticed for** June 19, 2008 , in this matter.   Counsel shall submit a joint status report on or before August 19, 2008, and another joint status report on October 9, 2008.

Richard W. Wieking
Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated:  June 16, 2008