1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant YOUNG

6

                IN THE UNITED STATES DISTRICT COURT
7
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,                )
                                            )  No. CR 07-559 JSW
10                         Plaintiff,       )
                                            )  **MOTION AND [PROPOSED**
11 vs.                                      )  **ORDER] TO SET BAIL HEARING**
                                            )
12 MICHAEL YOUNG,                           )  Date:    July 25, 2008
                                            )  Time:    10:30 a.m.
13 Defendant.                               )  Court:   The Honorable Joseph C.
                                            )           Spero
14                                          )
                                            )
15 ─────────────────────────────────────────

16
       Defendant Michael Young hereby moves the Court to schedule a bail review hearing in the
17
   above captioned case.  Mr. Young's case is currently pending before the Ninth Circuit Court of
18
   Appeals on the government's interlocutory appeal of the district court's order granting a motion to
19
   suppress critical evidence in the case.  All briefing has been submitted to the Court of Appeals, but
20
   the case has not yet been set for oral argument.  A final decision from the Ninth Circuit is
21
   accordingly not expected for several more months.
22
       Mr. Young has been continuously incarcerated since early December, 2007.  Since that time,
23
   Mr. Young has undertaken a number of endeavors at the North County jail towards recovery.  He has
24
   completed the jail's DEUCE program, has nearly completed the Anger Management program.  See
25
   Exhibit A, Certificates of Michael Young, attached hereto.  He also was awarded the Student of the
26
   Month program in the Anger Management class on June 25, 2008.  *Id.*

1  Mr. Young would like the opportunity to complete a residential treatment program while his

2  appeal is pending.  He recognizes that he failed at the last opportunity this Court gave him to do so.

3  *See* Letter of Michael Young to the Court, attached hereto as Exhibit B.  After spending some hard

4  time thinking over the last eight months in custody, Mr. Young believes that he is more prepared for

5  and eager about completing a treatment program at this point in his life than ever before.  He now

6  asks the Court for a bail review hearing so he can make the request for release to a treatment

7  program in person and explain the reasons he will not fail again should the Court grant him the

8  opportunity to be screened for an appropriate treatment program in the near future.

9  AUSA Allison Danner has been contacted by defense counsel, and has no objection to setting a

10  bail review hearing on July 25, 2008.  She has indicated to defense counsel that she will continue to

11  oppose Mr. Young's release.

12  WHEREFORE, defendant Michael Young respectfully requests this Court to set a bail review

13  hearing on July 25, 2008 at 10:30 a.m., for the purpose of seeking the Court's permission to be

14  screened through Pretrial Services for placement in a residential treatment program.

16  Respectfully submitted,

17  BARRY J. PORTMAN
   Federal Public Defender

18  /S/

19
   ELIZABETH M. FALK
20  Assistant Federal Public Defender

21  **[PROPOSED] ORDER**

22  Based upon the aforementioned representations, it is hereby ORDERED that a further bail

23  hearing in this matter be set on July 25, 2008 at 10:30 a.m.

26  DATED: _____    _____
   THE HONORABLE JOSEPH C. SPERO
   UNITED STATES MAGISTRATE COURT JUDGE

STIP & ORDER for Further
Bail Hearing - 07-559 JSW                    - 2 -