# Exhibit A

# CERTIFICATE OF COMPLETION

Awarded to:

## Michael Young

For completing a comprehensive sixty-day substance abuse program through the Alameda County Sheriff's Office detention facilities in partnership with Tri-Valley Regional Occupational Programs.

On this date of: June 2, 2008

Completed components are listed on the reverse side.

**D.E.U.C.E.**
Deciding-Educating-Understanding-Counseling-Evaluation



F. Rutledge, Principal
Tri-Valley Regional Occupational Programs

A. Robinson
Program Instructor

# D.E.U.C.E. COMPONENTS

## PHASE I

- INTRODUCTION TO 12-STEP MODELS
- PSYCHOPHARMACOLOGY
- SELF-ASSESSMENT / DENIAL
- BARRIERS TO CHANGE
- EMOTIONS AND BEHAVIOR MODIFICATION
- DISEASE CONCEPT
- PROCESS OF ADDICTION
- THINKING ERRORS

## PHASE II

- COMMUNICATION SKILLS
- THE FAMILY / PARENTING
- RELATIONSHIPS
- CO-DEPENDENCY
- AIDS / HEALTH EDUCATION
- SELF-ESTEEM

## PHASE III

- POST-ACUTE WITHDRAWAL
- RELAPSE PREVENTION
- PRE-RELEASE PLAN
- EMPLOYABILITY-LIFE PREP
- DOMESTIC VIOLENCE
- GRIEF AND LOSS
- ANGER MANAGEMENT

TRI-VALLEY REGIONAL OCCUPATIONAL PROGRAMS
CORRECTIONAL EDUCATION
2600 KITTY HAWK ROAD, SUITE 117
LIVERMORE, CA 94551
(925) 551-6694

## COURT LETTER- ANGER MANAGEMENT

DATE: 6/25/08

To Whom It May Concern:

This letter serves to verify that __Michael Young__
PFN: __ULK367__ is or (is not) (circle one) currently enrolled in the
Anger Management Program, and has completed __8 of 12__ (eight) sessions, which is __16__ (sixteen) days of attendance.

The **Anger Management** program is a twelve week/ 24 days of classroom attendance, and includes these components:
- How does anger work
- Thoughts that fuel anger
- How do you cope with anger
- What provokes you
- Your communication style
- Identifying unresolved anger from the past
- Learn to direct your thinking
- Teaching your child to manage anger
- Integrating what you've learned

Upon completion of the program, students will be awarded a certificate.
The **Anger Management** program is a volunteer education program for inmates at the Santa Rita County Jail, in Dublin and the Glenn Dyer Detention Center, in Oakland. The program is administrated and taught by the staff of the Tri-Valley Occupational Programs, and the instructors are state certified.

Sincerely,

*[signature]*
Anger Management Instructor

Invalid without
Embossed Seal

Received
JUL 14 2008
Federal Public Defender
San Francisco



# Student of the Month

This Certificate is Presented to

## Michael Young

*For Most Improved Student*

-By putting his knowledge, faith and ideals into action-

in the

## Anger Management Program

*Keep Coming Back, It Works if you Work it, so Work it because You're Worth it*

6/25/08
Date

*Instructor-Ms. Robinson*