# Exhibit B

Michael Young
PFN # ULK 367
Glen E Dyer
550 6TH ST 4F3
Oakland, CA, 94607

June 9 2008

Your Honor: Thank you for allowing me this chance to speak and address the court. It is my hope, that you allow me Bail (O.R) to continue my Sobriety in a program. I have completed the D.E.U.C.E. (Deciding-Educating-Understanding-Counseling-Evaluation) Program and been Sober for about 7 months now. I do recognize that I have a drug problem, which I was in Denial the Last time I was out, where as I ran from Support, I now Long For and truly understand the importance of. It is my Promise that allowed a chance I will not Detour the wrong Direction, But continue the path in Light that I now grace the court. Your Honor, I ask for your Help not in my Freedom But in my Recovery to becoming a Successful Citizen During and after my court affairs are over. I will Break the cycle, and change for the Better. Please your honor, Do not Annihilate me - From my Prior mistake of Relapse, and allow me the chance to further my Recovery. I Do have the courage to move Beyond the Negatives of my Past and into the Powerful Positives of my future. Sincerely Michael Young