United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR07-0559 JSW (JCS) |
| Plaintiff(s), | |
| v. | **ORDER DENYING DEFENDANT'S MOTION TO SET BAIL HEARING [Docket No. 50]** |
| MICHAEL YOUNG, | |
| Defendant(s). | |

On July 22, 2008, Defendant filed a Motion to Set Bail Hearing (the "Motion").

IT IS HEREBY ORDERED THAT the Motion is DENIED. Defendant has failed to proffer any change in circumstances that would justify a change in the Court's prior decision on detention.

IT IS SO ORDERED.

Dated: July 23, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge