JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
   FAX: (415) 436-7234
   Email:allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0559 JSW |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| MICHAEL YOUNG, | |
| Defendant. | |

On June 16, 2008, the Court requested that the parties file a joint status report on or before August 19, 2008. On August 18, 2008, defense counsel unexpectedly went on medical leave. With apologies for the delay in the filing of this joint report, the parties hereby jointly report as follows:

    1. On October 26, 2007, this Court issued a ruling in this case suppressing the gun found in the hotel room registered to the defendant.

    2. On November 13, 2007, the government filed its notice of appeal of the Court's order granting in part the motion to suppress.

    3. On March 20, 2008, the government filed its brief with the Ninth Circuit Court of Appeals. On May 22, 2008, the defendant filed his brief in opposition. On June 4, 2008, the government filed its reply brief.

PARTIES' JOINT STATUS REPORT
(CR 07 0559 JSW)

4. As of August 19, 2008, the appeal had not yet been scheduled for oral argument by the Ninth Circuit Court of Appeals.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: August 20, 2008

\s\
ALLISON MARSTON DANNER
Assistant United States Attorney

DATED: August 20, 2008

\s\
JODI LINKER for ELIZABETH FALK
Attorney for MICHAEL YOUNG