| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|  | Federal Public Defender |
| 2 | ELIZABETH FALK |
|  | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building – Box 36106 |
|  | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
|  | Telephone: (415) 436-7700 |
| 5 | |
|  | Counsel for Defendant YOUNG |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-559 JSW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
|  | ) ORDER FOR BAIL HEARING |
| vs. | ) |
| MICHAEL YOUNG, | ) |
| Defendant. | ) |

STIPULATION

The parties hereby stipulate and agree as follows:

1. This case was pending before the Ninth Circuit Court of Appeals on the government's interlocutory appeal of the district court's order granting a motion to suppress critical evidence in the case. On July 14, 2009, the Ninth Circuit affirmed the district court's order to suppress the firearm at issue;

2. Based on these changed circumstances (namely, success on appeal), Mr. Young hereby moves the Court for a bail review hearing. The government has no objection to the Court setting a bail hearing;

Motion and Order for Bail Hearing        1

3. Defense counsel accordingly requests a bail hearing for Mr. Young at this Court's earliest convenience. Defense counsel will not be in California on July 31, 2009, which is this Court's next regular criminal calendar. As such, defense counsel respectfully requests a special setting for the detention hearing. Counsel for each side have conferred, and respectfully request Tuesday, July 28th as the date for the bail hearing, preferably in the morning. However, defense counsel will make herself available at any date and time this Court prefers;

4. AUSA Brain Lewis has no objection to setting a bail review hearing. He is also available on July 28th, 2009 and July 29th, 2009 in the morning, although the government plans to oppose Mr. Young's release pending a decision as to whether to request rehearing en banc.

IT IS SO STIPULATED.

DATED: 7/24/09  _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

DATED: 7/24/09  _____/S/_____
BRIAN LEWIS
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that a further bail hearing in this matter be set on  Thursday, July 30, 2009  at   10:00 AM  .

DATED: July 27, 2009

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE COURT JUDGE

Motion and Order for Bail Hearing              2